UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 19-64-KK** | Date: | August 28, 2019 |
|---|---|---|---|

| Title: | *Robert Dick v. City of Riverside, et al.* |
|---|---|

Present: The Honorable    KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **(In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply with Court Orders**

On December 19, 2018, Plaintiff Robert Dick ("Plaintiff") filed a civil rights Complaint in the Superior Court for the County of Riverside against Defendant City of Riverside ("Defendant"). ECF Docket No. ("Dkt.") 1-2.  On January 10, 2019, Defendant removed the action to this Court. Dkt. 1.  On January 16, 2019, Defendant filed an Answer.  Dkt. 7.

On March 27, 2019, the Court issued a Civil Trial Scheduling Order requiring the parties to participate in a settlement conference no later than August 19, 2019.  Dkt. 19.  In addition, the parties were ordered to file a Joint Report regarding the outcome of settlement discussions, the likelihood of possible further discussions, and any help the Court may provide with regard to settlement negotiations "**not later than seven (7) days after** the settlement conference."  Id. at 4:18-21 (emphasis in original).

The parties' Joint Report was, thus, due no later than August 26, 2019.  The parties have failed to file a Joint Report.  The parties are therefore in violation of the March 27, 2019 Order.

Consequently, under Federal Rule of Civil Procedure 41(b), the Court may dismiss this action with prejudice for lack of prosecution or for failure to comply with any court order.  See Fed. R. Civ. P. 41(b).  However, before dismissing this action, the Court will afford Plaintiff an

opportunity to explain his failure to file the required report as directed by this Court's March 27, 2019 Order.[1]

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute and/or comply with court orders.  Plaintiff shall have **up to and including September 4, 2019** to respond to this Order.  Plaintiff may discharge this Order to Show Cause by filing the required Joint Report **by September 4, 2019**.

**Plaintiff is expressly warned that failure to timely file a response to this Order <u>will</u> result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders.  <u>See</u> Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**

---

[1] The Court notes on August 6, 2019, the mediator selected by the parties filed a Mediation Report stating a mediation occurred on July 30, 2019 and the case did not settle, but "further facilitated discussions are expected."  Dkt. 23.